# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS CORP., a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>UNKNOWN REGISTRANTS OF www.wn0000.com, www.wn1111.com, www.wn2222.com, www.wn3333.com, www.wn4444.com, www.wn5555.com, www.wn6666.com, www.wn7777.com, www.wn8888.com, www.wn9999.com, www.112211.com, www.4456888.com, www.4489888.com, www.001148.com, and www.2289888.com,<br><br>Defendants. | Case No.: 2:15-cv-02341-APG-NJK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE SUBPOENA AND FOR SERVICE BY OTHER MEANS**<br><br>(Dkt. #4) |

Before the Court is Plaintiff's Motion for Leave to Serve Subpoena and for Service by Other Means. (Dkt. #4)

Plaintiff Las Vegas Sands Corp. ("Las Vegas Sands") brings this action against the unknown registrants of the following domain names: www.wn0000.com, www.wn1111.com, www.wn2222.com, www.wn3333.com, www.wn4444.com, www.wn5555.com, ww.wn6666.com, www.wn7777.com, www.wn8888.com, www.wn9999.com, www.112211.com, www.4456888.com, www.4489888.com, www.001148.com, and www.2289888.com (collectively, the "Domains").

The registered owners of the Domains are believed to reside in China and are alleged to be using Las Vegas Sands' world famous VENETIAN Mark and VENETIAN Design Mark on the homepages of online casinos to falsely affiliate the Domains with Las Vegas Sands and its properties located in Las Vegas, Nevada, and in Macao, China, and to unlawfully and in bad faith advertise, promote, and provide hotel-reservation services using Las Vegas Sands' federally registered trademarks.

As set forth in its motion, Las Vegas Sands has attempted to obtain the Defendants' actual names, physical addresses, and email addresses so that it can serve the Summons and

Complaint upon the Defendants. However, Las Vegas Sands has not been able to obtain this information because the Defendants have used a privacy protection service offered by GoDaddy.com, LLC ("GoDaddy") and/or its affiliate Domains By Proxy, LLC ("Domains By Proxy"), to conceal the Defendants' true identities, physical addresses, and email address, none of which are listed in the publicly available WHOIS records for the Domains.

Accordingly, having considered Las Vegas Sands' motion, and for good cause shown, **IT IS HEREBY ORDERED** that:

A. Plaintiff's Motion to Leave to Serve Subpoena and For Service by Other Means is **GRANTED**;

B. Plaintiff may serve subpoenas upon GoDaddy and Domains By Proxy to determine the identities, physical addresses, and email addresses of the Defendants; and

C. Plaintiff may serve the Summons, Complaint, and all other papers required to be served in this action upon the Defendants to the email addresses provided by GoDaddy and/or Domains By Proxy in response to Las Vegas Sands' subpoenas, for each of the corresponding Domains.

## ORDER

**IT IS SO ORDERED.**

Dated: December 10, 2015.

_____
UNITED STATES DISTRICT JUDGE

-2-